# EXHIBIT D

# TRENTON POLICE DEPARTMENT
# INCIDENT REPORT

| Original Date | 4-16-15 | Time Received | 03:24 | DB Invest. | | | Report No. | 15-5195 |
|---|---|---|---|---|---|---|---|---|
| Reporting Officer(s) | Ptl. Arnoczki | | | | Typed By | SA | File Class | 99009 |
| Type Of Complaint | Assist Gibraltar PD | | | | | | | |
| Location Of Offense | 14680 Gibraltar #16, Gibraltar MI 48173 | | | | | | Venue | |

### Complainant / Contact Person Information:

| Last | Ptl. Arnoczki | First | | Middle | |
|---|---|---|---|---|---|

### Date And Time Of Incident:

| Occurrence Date | 4-16-15 | | Occurrence Time | 03:24 |
|---|---|---|---|---|

**Narrative:**

On 4-16-15 at 03:24 Hrs. I (Ptl Arnoczki) responded to 14680 Gibraltar Rd Apt 16 to assist Gibraltar PD on a domestic violence call after they requested our assistance. Enroute to the call, Units from Gibraltar and Rockwood were on scene and asked for another Car to respond. Units then advised that they were secure. Officers on scene then requested FD. I continued and arrived a few minutes later 03:32 Hrs.

I walked into Apt #16 and was met by **Christina Louise Beneteau (DOB: 2-15-71)**, her son **Angelo Louis Beneteau (DOB: 2-6-03)** and her daughter **(DOB: 5-26-05)** in the front living room of the apartment. I asked Christina where the other officers were and she pointed and stated in the back. I walked to the back bedroom and met with Officer Robinson (Gibraltar PD) and Officer Mitchell (Rockwood PD). I observed a naked male lying on his back in the bedroom between the two Officers. He was unresponsive. His arms were behind his back and it appeared that two barbs from a taser were in the center chest region of his body. The barbs already had their wires detached and were lying next to him.

Officer Robinson stated that the man had no pulse and wasn't breathing. Officer Robinson checked for a pulse and then requested for Officer Mitchell to get a CPR mask from his patrol car. Officer Robinson advised that he was going to start CPR and advised me to inform dispatch. I advised dispatch that Officers were performing CPR at 03:35 Hrs. Officer Robinson started performing CPR while Officer Mitchell went to retrieve the CPR mask. I stood next to Officer Robinson and asked if he needed me to do anything or assist with CPR if he got tired. He continued to perform CPR while Officer Mitchell returned with the CPR mask and began administering breaths to the male. Officer Stadler (Trenton PD) then arrived on scene. Officer Robinson asked me to gather the girlfriend and her kid's information while they continued CPR. I left the back bedroom and gathered the Beneteaus' IDs.

A few minutes later, Brownstown FD and Gibraltar FD arrived on scene. I directed them to the back bedroom. They brought out the male in a stretcher and took him down to the ambulance. Officer Lyons (Trenton PD) then arrived on scene, informed Sgt. Hawkins of the call, and we then offered Officer Robinson any assistance he needed. Officer Robinson stated that we could clear. We returned back to Trenton.

**Reporting Officer: Ptl. Arnoczki**
**Reviewed By: Sgt Hawkins**

# TRENTON POLICE DEPARTMENT
# INCIDENT SUPPLEMENT REPORT

2015-5195

Narrative

On Thursday April 16, 2015 at approximately 03:24 hours, Ptl. Arnoczki, Ptl. Lyons, and I (Ptl. Stadler) responded to 14680 Gibraltar Rd. for a domestic to assist Gibraltar PD. Prior to my arrival, Officer Robinson (Gibraltar PD) advised that a taser had been deployed and requested FD. Ptl. Arnoczki arrived shortly after and advised Trenton dispatcher Dahlka that CPR was in progress. I arrived on scene at 03:35 and entered the residence (Apartment 16) and was met by a female and her two children (male and female) who advised the officers were in the back bedroom.

I entered the back bedroom where I observed Officer Robinson and Officer Mitchell (Rockwood PD) performing CPR on a white male subject who was on the ground and unresponsive (Ptl. Arnoczki was present in the room as well). I then exited the bedroom/apartment and waited outside for Gibraltar FD to arrive on scene. Once on Gibraltar FD and Brownstown FD arrived, I directed them to apartment 16. Once FD had the male subject outside of the apartment, Officer Robinson advised that no further assistance was needed and all Trenton Officers cleared the scene.


Reporting Officer: Ptl. Stadler
Reviewed By: Sgt Hawkins

# TRENTON POLICE DEPARTMENT
# INCIDENT SUPPLEMENT REPORT

2015-5195

Narrative

On 4/16/15 at approximately 3:24am I, Ptl. Steve Lyons, responded to 14680 Gibraltar Rd. to assist Gibraltar PD with a domestic assault complaint. Officer Robinson (Gibraltar PD) and Officer Mitchell (Rockwood PD) requested another car make the scene and advised a Taser was deployed. Shortly after, Ptl. Arnoczki arrived on scene and advised CPR was in progress. Ptl. Stadler also responded and arrived shortly after Ptl. Arnoczki. I, Ptl. Steve Lyons, arrived on scene just after Brownstown FD had pulled up and the subject was being loaded into the ambulance.

I walked up to the apartment and asked Officer Robinson what assistance he needed with the scene and he advised he was all set for now and advised Trenton officers could clear. We remained on scene a while longer just in case they needed help. Officer Robinson stated that he appreciated the assistance, but that no further help was needed with the scene. Trenton officers then cleared the scene.


Reporting Officer: Ptl. Steve Lyons
Reviewed By: Sgt Hawkins