# EXHIBIT F

## [DASH CAM AUDIO / VIDEO & SUMMARY]

*[DASH CAM AUDIO / VIDEO TO BE FILED IN TRADITIONAL MANNER]*

*[SUMMARY IS ATTACHED]*

{00639690.DOC}

*Kapuscinski*
# Dash Cam Video

Note:  All times represent time into the video, <u>not actual time of day</u>

Note:  Tazer "sounds" are audible on the video / audio; whereas Tazer "fires" represent info taken from Tazer download data reports & inserted into appropriate area of timeline for reference.

| Video Time | |
|---|---|
| 00:12 | Patrol car starts to exit Carlson HS parking lot |
| 02:10 | Both Patrol cars stop in front of apartment building |
| 02:27 | Officers walk up to front door |
| 02:51 | Officers go through front door |
| 03:01 | Audio turns on |
| 03:05 | Knock on door on inside |
| 03:18 | "How you doin'?" (Ofr Robinson) |
| 03:20 | "… Police Department"  (Ofr Robinson) |
| 03:24 | (Kid crying)  - "where's Mom & Dad at"? (Ofr Robinson Talking) |
| 03:26 | "Where's Mom & Dad?" (Ofr Robinson) |
| 03:30 | "Come here, come here" (Ofr Robinson) (saying to child) |
| 03:40 | "Stop!" (Ofr Robinson) |
| 03:43 | "Get off of her now!" (Ofr Robinson) |
| 03:44 | "Stop" (Ofr Robinson) |
| 03:52 | "Get off of her" |
| 03:54 | **1st Tazer Sound**. "Get on the ground!, Get down on the ground" |
| 03:59 | (End of 1st taze fire (5 secs) from X26 Taser [Robinson]) |
| 04:00 | "Don't move" |
| 04:01 | "Stop moving" |
| 04:01 | (Start of 2nd taze fire (6 secs) from X26 Taser [Robinson]) |
| 04:03 | "Turn over" |
| 04:05 | "Turn over now / Turn over now / Turn over" |
| 04:07 | (End of 2nd taze fire (6 secs) from X26 Taser [Robinson]) |
| 04:07 | (Start of 3rd taze fire (5 secs) from X26 Taser [Robinson]) |
| 04:10 | "Get out of here" (to screaming child) |
| 04:11 | "Turn over now" |

| 04:12 | (End of 3rd taze fire (5 secs) from X26 Taser [Robinson]) |
|---|---|
| 04:12 | **2nd Tazer Sound (Mitchell)** |
| 04:13 | (Start of 4th taze fire (5 secs) from X26 Taser [Robinson]) |
| 04:17 | (End of 1st taze fire (5 secs) from X2 Taser [Mitchell]) |
| 04:18 | (End of 4th taze fire (5 secs) from X26 Taser [Robinson]) |
| 04:20 | **Roll over right now or I'm gonna Taze you again!** (Ofr Robinson talking) |
| 04:23 | "You only got 1 barb in there" (Mitchell Talking) |
| 05:00 | Kids scream - "No please!" |
| 05:14 | "you hit her, too" |
| 05:21 | "15, we're secure right now" (3:29 am) |
| 05:47 | "What's your name?" |
| 06:10 | "What's your name?" |
| 06:28 | "Did he shit himself?" |
| 06:30 | "He fuckin' shit himself there" |
| 07:05 | "Sir, who are you? Go back home" |
| 07:25 | "He's very good to me & my kids" |
| 07:30 | Child: "Can I please ask you a question? How long will I get taken away for?" |
| 08:00 | Child: "Oh, I'm scared" |
| 08:00 | You got rescue coming in? |
| 08:24 | Child: "He's a very strong man" (crying) |
| 08:35 | He's on something. Yeah, he's fucking high |
| 08:38 | You hear him say he's gonna kill her? (quietly) |
| 09:00 | David, talk to me |
| 09:02 | David, Talk to me |
| 09:13 | He's still got …one? |
| 09:28 | I have one that just pulled up |
| 09:48 | Oh shit |
| 10:02 | Trenton PD enters front door |
| 10:08 | Doesn't look like he's breathing, no |

| 10:15 | He still has a pulse |
|-------|----------------------|
| 10:45 | Let me get mask from car |
| 11:08 | Mitchell exits front door |
| 11:30 | Mitchell @ his car |
| 12:30 | CPR (chest compressions) starts |
| 14:40 | EMS pulls up |
| 15:35 | "Shit on the ground there" |
| 16:19 | AED heard talking |
| 17:06 | Shock now - Shock delivered |
| 18:00 | He didn't get knocked out by a prong |
| 18:15 | He was groanin' & moanin' |
| 19:15 | Mic out / off |
| 22:37 | Mic back on |