# EXHIBIT G

## [MSP AUDIO STMT MITCHELL & SUMMARY]

*[MSP AUDIO STMT MITCHELL TO BE FILED IN TRADITIONAL MANNER]*

*[SUMMARY IS ATTACHED]*

# Audio Stmt Mitchell (Summary)

|  |  |
|---|---|
|  | Officer 2 1/2 years now |
| 07:10 | 1 Dart / Probe right arm |
|  | Other probe went into … her? They were touching so it completed the circuit |
|  | **Male on floor / Female ran out** |
|  | Heard Robinson's taser going off again, but he had only one probe in her |
|  | I deployed my taser, he fell down |
|  | **He never woke up, never responded to us after that** |
|  | Couple sternum rubs |
|  | Rolled on back |
|  | Got CPR mask from car |
|  | Trenton walking in as he was walking out |
|  | Robinson noticed fecal matter all over the room |
|  | FD showed up after that |
|  | FD shocked with AED |
| 11:00 | **He had mic on but no camera** |
|  | She wasn't cooperative |
|  | She finally said son assaulted |
| 13:25 | He didn't talk to anyone until attorney showed up |
|  | He & Robinson were door-to-door when dispatch came in |
|  | Rockwood & Gibralter have separate dispatchers |
|  | They back each other up |
|  | Rockwood had (1) officer on duty & Gibralter had (1) officer on duty |
| 16:00 | Apt in disarray |
|  | She just got out of psych ward that day |
|  | She had calm demeanor throughout |
|  | She said he was nice to my kids |
|  | Gibralter PD took her to hospital b/c she needed surgery |
|  | **He didn't see any injuries on her** |

# Audio Stmt Mitchell (Summary)

|   |   |
|---|---|
|   | **She never told him that Dave pulled out her feces** |
|   | **Looked like a weird sex act when they walked in** |
|   | Realized it was weird when he said he was gonna kill her |
|   | Little girl was behind them when they went to the back bedroom |
|   | She started screaming "don't shoot him, don't shoot him!" |
|   | His Taser has 2 cartridges so he can Tase 2 people |
|   | He was cutting out his Mic to save the battery - they have to manually |
|   | **Original Dispatch: Domestic in Progress; call from little boy; Nothing else** |
|   | **She was so calm. Kept saying she was giving a good blowjob to him** |
|   | Interviewer: haven't seen any red flags. Will present to WCPO, but don't anticipate … |
|   | She was calm throughout |
|   | 3 options - (1) Hands-On; (2) Tazer; (3) Shoot Him |
|   |   |