# EXHIBIT H

## [MSP AUDIO STMT ROBINSON & SUMMARY]

*[MSP AUDIO STMT ROBINSON TO BE FILED IN TRADITIONAL MANNER]*

*[SUMMARY IS ATTACHED]*

{00639698.DOC}

# MSP Audio Stmt Robinson (Summary)

- 10 yo boy / Dom Violence / Trenton will be there too
- 10 yo boy - Mom & BF going at it
- Younger girl - "is he going to jail?"
- Heard groaning noises
- Opened door
- Naked guy facing me
- His legs around her neck
- "I'm gonna kill her"
- "Let her go"
- Feces on floor when I walked in
- Sweaty
- Pulled tazer
- Deployed tazer - they separated
- He fell to ground / rolled around
- 1 Prong in him / 1 Prong in her
- Mitchell tazed him as he was getting back up
- Put cuff L hand, rolled on stomach
- Called "David, David"
- He never answered
- Sternum rub - see if faking
- Put up in recovery position on his side
- Rolled him over, not breathing, but has pulse
- Said he'd do rescue breaths
- Trenton walking in as Mitchell going out to get CPR mask from car
- Asked for Brownstown
- Brownstown & Gibralter arrived @ same time
- AED delivered shock
- He spoke to Christine & kids
- He thought the fecal matter was his (Decedent's)
- He didn't see any injuries to her
- They were in Bedroom straight down hallway
- Decedent looked *real* amped up, crazed, on drugs
- She said he took feces out of her ass
- He assumed it was Decedent's feces
- He was only Gibralter officer there
- "I would like to read everything at the end. Do I have to FOIA this?"

{00639696.DOCX}