# EXHIBIT L



15-4606
COUNTY OF DEATH
WAYNE
TOWN OF DEATH
TRENTON
DATE PRONOUNCED DEAD
Apr 16, 2015

1300 East Warren Avenue
Detroit, MI 48207

## POST MORTEM REPORT

| THIS IS TO CERTIFY THAT | PERFORMED A POSTMORTEM EXAMINATION ON THE BODY |
|---|---|
| Jeffrey Hudson, M.D. Assistant Medical Examiner | Kapuscinski, David Michael |
| AT | ON |
| Wayne County Medical Examiner's Office | Apr 17, 2015 |

### SUMMARY & OPINION

It is my opinion that death was caused by cardiac dysrhythmia due to an electrical stun gun wound to the chest.

According to the police narrative, police responded to a residence for a sexual assault in progress. Officers observed the decedent assaulting the victim and after failing to comply with commands to release the victim, an electrical stun gun was deployed, possibly striking the decedent in the right arm, separating him from the victim. After the first stun gun deployment, the decedent reportedly started to get back up and kick at the officer at which time the officer deployed his stun gun a second time. However, there was no reaction from the decedent. The second officer then deployed his stun gun which took the decedent to the ground and he was subsequently handcuffed. The officers began to monitor the decedent's condition. As the decedent's condition deteriorated and he became unresponsive, CPR was initiated. Emergency medical services were summoned and the decedent was transported to Oakwood hospital with advanced cardiac life support in progress. He was pronounced dead approximately 30 minutes after arriving at the hospital.

Subsequent autopsy revealed two electrical stun gun wounds on the body: chest (1), right arm (1). The wounds were arbitrarily numbered for ease of description.

ELECTRICAL STUN GUN WOUND TO THE (ESGW#1):

There was an electrical stun gun wound to the left side of the chest consisting of two probe entrance wounds approximately 5/8 inches apart. Each probe wound was encircled by irregular purple contusions.

ELECTRICAL STUN GUN WOUND TO THE RIGHT ARM (ESGW#2):

There was an electrical stun gun wound to the posterior right arm, just below the elbow, consisting of two probe entrance wounds approximately 5/8 inches apart. The smaller probe wound had an associated feint purple contusion.

Additional injuries included abrasions to the chin, left lower chest, right lower abdomen, right upper arm, penis, and both knees. There were contusions on the chin and posterior left forearm.

Postmortem toxicological studies revealed amphetamine (3000 ng/mL) in the peripheral blood. Amphetamine is a central nervous system stimulant that can produce restlessness, hyperthermia, convulsions, hallucinations, respiratory failure, and cardiac failure. Reported blood concentrations in amphetamine-related fatalities ranged from 500 - 41000 ng/mL (mean, 9000 ng/mL). Additionally, steady-state blood levels of 2000 - 3000 ng/mL had been reported in addicts who consumed approximately 1000 mg daily. Amphetamine is also an adrenergic agonist whose effect is enhanced by stress, such as that experienced in the context of a police encounter. Whether or not the decedent used amphetamine in the past, or with any regularity, is unknown. It is unlikely that the amphetamine present in this case is a cause of death in and of itself.

The manner of death is classified as a homicide.

(Printed Tuesday, June 02, 2015 3:42:10 PM)

Page 1 of 5



1300 East Warren Avenue
Detroit, MI 48207

15-4006
COUNTY OF DEATH
WAYNE
TOWN OF DEATH
TRENTON
DATE PRONOUNCED DEAD
Apr 16, 2015

## POST MORTEM REPORT

Printed by:   slb

_____
Jeffrey Hudson, M.D. Assistant Medical Examiner
June 2, 2015

_____
Carl J. Schmidt, M.D. Chief Medical Examiner
June 2, 2015

(report continues on next page)

(Printed Tuesday, June 02, 2015 3:42:10 PM)

1300 East Warren Avenue
Detroit, MI 48207

## POST MORTEM REPORT

15-4606
COUNTY OF DEATH
WAYNE
TOWN OF DEATH
TRENTON
DATE PRONOUNCED DEAD
Apr 16, 2015

### Cause of Death:

Ia. CARDIAC DYSRHYTHMIA
Ib. ELECTRICAL STUN GUN WOUND TO THE CHEST

II. AMPHETAMINE USE

### Other Significant Conditions:

### Manner of Death:

Homicide

### NARRATIVE SUMMARY

Case Number: 4606 - 15
Name: David Kapuscinski
Date of Pronounced Death: April 16, 2105
Date of Postmortem Examination: April 17, 2015

EXTERNAL EXAMINATION:

The body was that of a normally developed white male appearing about the recorded age of 39 years. The body measured 5 feet 9 inches in length and weighed 150 pounds. The body was cool, rigor mortis was fully developed, and livor mortis was present posteriorly and fixed. Clothing consisted of a hospital gown. The head was normocephalic and the scalp hair was brown, close-shaven, and receding. There was a brown mustache and stubble beard. The eyes had white sclerae, pale conjunctivae, and brown irides. The dentition was absent. No lesions of the oral mucosa were identified. There were no masses discernable in the neck and the larynx was in the midline. The thorax was symmetrical. The abdomen was flat. The external genitalia were those of an adult circumcised male. The extremities and back showed no significant deformities. There were tattoos on the left and right upper arms and left chest.

EVIDENCE OF TREATMENT:

An endotracheal tube was in place. There were intravascular lines in the anterior right upper arm and the left antecubital fossa. An intraosseous catheter was in the anterior right lower leg. Electrocardiogram lead pads and defibrillator pads were on the body.

EVIDENCE OF INJURY:

ELECTRICAL STUN GUN WOUNDS

There were 2 electrical stun gun wounds on the body: chest (1), right arm (1). The wounds are arbitrarily numbered for ease of description and do not reflect the sequence of firing.

ELECTRICAL STUN GUN WOUND TO THE (ESGW#1):

There was an electrical stun gun wound to the left side of the chest, located 14 1/4 inches below the top of the head and 2 ½ inches left of the midline. The wound consisted of two probe entrance wounds (3/16 inch x 1/8 inch and 1/8 inch x 1/8 inch) approximately 5/8 inches apart. Each probe wound was encircled by irregular purple contusions.

(Printed Tuesday, June 02, 2015 1:42:23 PM)

Page 3  of 5



1300 East Warren Avenue
Detroit, MI 48207

## POST MORTEM REPORT

15-4606
COUNTY OF DEATH
WAYNE
TOWN OF DEATH
TRENTON
DATE PRONOUNCED DEAD
Apr 16, 2015

### ELECTRICAL STUN GUN WOUND TO THE RIGHT ARM (ESGW#2):

There was an electrical stun gun wound to the posterior right arm, just below the elbow, located 14 3/8 inches below the top of the right shoulder. The wound consisted of two probe entrance wounds (5/16 inches x 1/8 inch and 1/8 inch x 18 inch) approximately 5/8 inches apart. The smaller probe wound had an associated feint purple contusion.

Additional injuries:

There was a 1 inch x 3/4 inch abrasion with associated contusion on the chin, just below the lower lip. A 1 1/2 inch x ½ inch purple contusion was on the posterior left forearm. A 5/16 inch x 1/8 inch abrasion was on the left lower chest. On the right lower abdomen were two linear abrasions (3/16 inch and 1/8 inch). A 3/16 inch round abrasion was on the lateral right upper arm. There were multiple abrasions (1/8 inch - 3/4 inches) involving the ventral and dorsal aspects of the shaft of the penis as well as the head of the penis. There were multiple scabbed abrasions on the right knee. Two, 1/4 inch scabbed abrasions were on the left knee.

### INTERNAL EXAMINATION:

An autopsy was performed utilizing the normal thoraco-abdominal and posterior coronal scalp incisions. The pleural, pericardial, and peritoneal cavities had smooth serosal surfaces and the viscera were in their normal anatomical positions. The internal systems were as follows:

Head:
No abnormality was noted in the reflected scalp, calvarium, dura, meninges or the base of the skull. The 1300 gm brain was free of neoplastic and other focal lesions, infarcts, and hemorrhages. The cerebral vascular system was unremarkable.

Neck:
No abnormality was noted in the cervical muscles, hyoid bone, laryngeal cartilages, trachea, or the cervical vertebral column.

Cardiovascular System:
The 375 gm heart had a normal configuration with an unremarkable epicardial surface and a moderate amount of epicardial fat. The coronary arteries had no significant atherosclerotic disease. No acute thrombi were present. Both ventricles were of normal size and their walls were of normal thickness. No focal endomyocardial lesions were present. The papillary muscles and chordae tendineae were not thickened, and the heart valves were unremarkable. The aorta had no significant atherosclerosis. The major arteries and great veins showed normal distribution.

Respiratory System:
The larynx and trachea were unremarkable. The right and left lungs weighed 800 gm and 700 gm, respectively. There was passive congestion in the parenchyma that was accentuated with dependent lividity as well as marked edema. No pulmonary emboli were identified.

Hepatobiliary System:

The 1700 gm liver had firm dark tan surfaces and an unremarkable parenchymal pattern. The gallbladder was not present.

Hemolymphatics:
The 175 gm spleen had smooth surfaces and dark purple firm pulp. There was no significant lymphadenopathy.

Alimentary System:
The tongue, esophagus, stomach, small bowel, appendix and colon were unremarkable. The lining of the stomach had an intact and unremarkable rugal pattern and the contents of the stomach consisted of approximately 50 mL of partially

(Printed Tuesday, June 02, 2015 3:05:46 PM)



WAYNE COUNTY MEDICAL EXAMINER
1300 East Warren Avenue
Detroit, MI 48207

**POST MORTEM REPORT**

M.E. CASE NUMBER
15-4606

COUNTY OF DEATH
WAYNE

TOWN OF DEATH
TRENTON

DATE PRONOUNCED DEAD
Apr 16, 2015

---

digested food.

Pancreas:
The pancreas showed an unremarkable tan lobulated pattern.

Endocrine System:
The thyroid gland had a normal bilobed configuration. The adrenal glands were each unremarkable with golden-yellow cortices.

Genitourinary System:
The right and left kidneys each weighed 150 gm. Each kidney had smooth cortical surfaces, normal cortico-medullary regions and no changes in the calyceal systems, pelves, ureters, or bladder.

Musculoskeletal System:
All the muscles and axial skeleton were free of any significant abnormalities.

Routine tissue specimens were retained in formalin for one year after autopsy in accordance with the current record retention schedule.

MICROSCOPIC DESCRIPTION

Cassette Summary:
1. Brain
2. Lung
3. Heart
4. Lung
5. Liver
6. Lung
7. Brain
8. Lung
9. Skin / Heart
10. Kidneys

Microscopic Description:

Skin - A section of skin from the chest wound showed streaming of nuclei of the basement membrane consistent with electrothermal injury. There was also hemorrhage corresponding to the areas of probe penetration.

Lung - Sections of the lungs showed alveolar hemorrhage and multiple pigmented alveolar macrophages.

Heart - Heart sections showed mild enlargement of some cardiac myocytes with large, hyperchromatic nuclei. There was also mild fibrosis.

Liver - A section of the liver showed sinusoidal congestion.

Microscopic examination of the brain and kidneys revealed no significant histopathologic changes.

**(End of Report)**

(Printed Tuesday, June 02, 2015 3:05:46 PM)

Page 5 of 5

Full body, male, anterior and posterior views (ventral and dorsal)

Name: DAVID KAPUSCINSKI
Autopsy No.: 15-4606
Age: 39　Race: W　Sex: M
Date: 4/17/2015

- ABRASION AND CONTUSION (mouth)
- ESGW #1 (right chest)
- ESGW #2 (right posterior arm)
- CONTUSION (right hip)
- MULTIPLE ABRASIONS (groin/thigh)

ESGW = ELECTRICAL STUN GUN WOUND
// = ABRASION (SCABBED)

Courtesy of the American Society of Clinical Pathologists, Chicago, Ill.

1 of 1

**NMS LABS**

3701 Welsh Road, PO Box 433A, Willow Grove, PA 19090-0437
Phone: (215) 657-4900 Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, F-ABFT, DABCC-TC, Laboratory Director

# Toxicology Report

**Report Issued** 05/01/2015 08:59

**To:** 10373
University of Michigan - Wayne County
Attn: Dr. Carl J. Schmidt
1300 East Warren
Detroit, MI 48207

**Patient Name** KAPUSCINSKI, DAVID
**Patient ID** 15-4606
**Chain** 11884727
**Age** 39 Y **DOB** Not Given
**Gender** Male
**Workorder** 15113407

Page 1 of 4

## Positive Findings:

| Compound | Result | Units | Matrix Source |
|---|---|---|---|
| Caffeine | Positive | mcg/mL | 001 - Peripheral Blood |
| Naloxone | Positive | ng/mL | 001 - Peripheral Blood |
| Phenylpropanolamine | 8.1 | ng/mL | 001 - Peripheral Blood |
| Amphetamine | 3000 | ng/mL | 001 - Peripheral Blood |
| Amphetamines | Presump Pos | ng/mL | 004 - Urine |

See Detailed Findings section for additional information

## Testing Requested:

| Analysis Code | Description |
|---|---|
| 8050U | Postmortem Toxicology - Urine Screen Add-on (6-MAM Quantification only) |
| 8057B | Postmortem Toxicology - Expanded with Vitreous Alcohol Confirmation, Blood - University of MI (CSA) |

## Specimens Received:

| ID | Tube/Container | Volume/Mass | Collection Date/Time | Matrix Source | Miscellaneous Information |
|---|---|---|---|---|---|
| 001 | Gray Top Tube | 3 mL | 04/17/2015 09:00 | Peripheral Blood | |
| 002 | Gray Top Tube | 2.5 mL | 04/17/2015 09:00 | Peripheral Blood | |
| 003 | Red Top Tube | 2 mL | 04/17/2015 09:00 | Vitreous Fluid | |
| 004 | Green Vial | 10 mL | 04/17/2015 09:00 | Urine | |
| 005 | White Plastic Container | 8.47 g | 04/17/2015 09:00 | Liver Tissue | |

All sample volumes/weights are approximations.
Specimens received on 04/20/2015.

v.14

**CONFIDENTIAL**

NMS LABS

| | |
|---|---|
| Workorder | 15118407 |
| Chain | 11884727 |
| Patient ID | 15-4606 |

**Page 2 of 4**

## Detailed Findings:

| Analysis and Comments | Result | Units | Rpt. Limit | Specimen Source | Analysis By |
|---|---|---|---|---|---|
| Caffeine | Positive | mcg/mL | 1.0 | 001 - Peripheral Blood | LC/TOF-MS |
| Naloxone | Positive | ng/mL | 1.0 | 001 - Peripheral Blood | LC/TOF-MS |
| Phenylpropanolamine | 8.1 | ng/mL | 5.0 | 001 - Peripheral Blood | LC-MS/MS |
| Amphetamine | 3000 | ng/mL | 5.0 | 001 - Peripheral Blood | LC-MS/MS |
| Amphetamines | Presump Pos | ng/mL | 500 | 004 - Urine | EIA |

This test is an unconfirmed screen. Confirmation by a more definitive technique such as GC/MS is recommended.

Other than the above findings, examination of the specimen(s) submitted did not reveal any positive findings of toxicological significance by procedures outlined in the accompanying Analysis Summary.

## Reference Comments:

1. Amphetamine (Benzphetamine Metabolite) - Peripheral Blood:

    Amphetamine (Adderall, Dexedrine) is a Schedule II phenethylamine CNS-stimulant. It is used therapeutically in the treatment of narcolepsy and obesity and also in the treatment of hyperactivity in children. Amphetamine has a high potential for abuse. When used in therapy, initial doses should be small and increased gradually. In the treatment of narcolepsy, amphetamine is administered in daily divided doses of 5 to 60 mg. For obesity and children with attention deficits, usual dosage is 5 or 10 mg daily.

    Following a single oral dose of 10 mg amphetamine sulfate, a reported peak blood concentration of 40 ng/mL was reached at 2 hr. Following a single 30 mg dose to adults, an average peak plasma level of 100 ng/mL was reported at 2.5 hr. A steady-state blood level of 2000 - 3000 ng/mL was reported in an addict who consumed approximately 1000 mg daily.

    Overdose with amphetamine can produce restlessness, hyperthermia, convulsions, hallucinations, respiratory and/or cardiac failure. Reported blood concentrations in amphetamine-related fatalities ranged from 500 - 41000 ng/mL (mean, 9000 ng/mL). Amphetamine is also a metabolite of methamphetamine, benzphetamine and selegiline.

2. Amphetamines - Urine:

    Amphetamines are a class of central nervous system stimulant drugs, with some therapeutic uses, and a high potential for abuse.

    This result derives from a presumptive test, which may be subject to cross-reactivity with non-amphetamine related compounds. A second test is necessary to confirm the presence of amphetamine related compounds.

3. Caffeine (No-Doz) - Peripheral Blood:

    Caffeine is a xanthine-derived central nervous system stimulant. It also produces diuresis and cardiac and respiratory stimulation. It can be readily found in such items as coffee, tea, soft drinks and chocolate. As a reference, a typical cup of coffee or tea contains between 40 to 100 mg caffeine.

    The reported qualitative result for this substance was based upon a single analysis only. If confirmation testing is required please contact the laboratory.

4. Naloxone (Narcan®) - Peripheral Blood:

    Naloxone is a narcotic antagonist used to counter the central nervous system depression effects of opioids, including respiratory depression. It is also used for the diagnosis of suspected acute opioid overdosage. Naloxone is available as a 0.4 mg/mL solution of the hydrochloride for parenteral injection.

    Naloxone is also available in combination with buprenorphine (Suboxone®) for the treatment of opioid dependence. This combination is available in tablets of 2 mg buprenorphine with 0.5 mg naloxone or 8 mg buprenorphine with 2 mg of naloxone for sublingual administration.

    The reported qualitative result for this substance was based upon a single analysis only. If confirmation testing is required please contact the laboratory.

Case 2:17-cv-11281-AJT-APP ECF No. 30-12, PageID.677 Filed 10/30/18 Page 10 of 16

**NMS LABS**

CONFIDENTIAL

Workorder 15113407
Chain 11884727
Patient ID 15-4606

Page 3 of 4

## Reference Comments:

5. Phenylpropanolamine (Norephedrine; PPA) - Peripheral Blood:

   Phenylpropanolamine is a synthetic sympathomimetic drug; potencies and pharmacological effects are approximately equivalent to ephedrine. The compound is normally available as the hydrochloride salt of the racemic mixture. Phenylpropanolamine is not a controlled substance. At one time the drug was administered orally in doses between 6 and 50 mg for use as a decongestant, often in combination with antihistamines and analgesics in 'cold' remedies. In addition, the drug was widely used as an over-the-counter (OTC) diet aid in doses between 25 and 75 mg. Phenylpropanolamine was removed from the US market beginning in November 2000 due to concerns over its cardiovascular toxicity. Phenylpropanolamine (also known as norephedrine) is a metabolite of ephedrine and a minor metabolite of amphetamine.

   Reported peak plasma concentrations of phenylpropanolamine following a 50 mg dose averaged 180 ng/mL at 1 to 2 hrs. Average peak plasma concentrations of 280 ng/mL were reported 6 hrs following administration of 150 mg phenylpropanolamine in a sustained-release formulation to 6 volunteers.

   Phenylpropanolamine is capable of causing dizziness, palpitations, tachycardia, nervousness, insomnia, hypertension, and cardiac arrhythmias. Single doses of 50 to 75 mg have produced anxiety, agitation, hallucinations, and tremor in susceptible persons. Slightly higher doses have caused severe headache and hypertensive crisis in a number of individuals. In one deliberate fatal overdose case, a blood concentration of 48000 ng/mL was reported.

## Sample Comments:

001   Due to the nature of this specimen, some analytes may not be detected by the LC/TOF-MS screen.

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded two (2) years from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed.

Workorder 15113407 was electronically signed on 05/01/2015 08:03 by:

Denice M. Teem,
Certifying Scientist

## Analysis Summary and Reporting Limits:

All of the following tests were performed for this case. For each test, the compounds listed were included in the scope. The Reporting Limit listed for each compound represents the lowest concentration of the compound that will be reported as being positive. If the compound is listed as None Detected, it is not present above the Reporting Limit. Please refer to the Positive Findings section of the report for those compounds that were identified as being present.

Acode 52409B - Amphetamines Confirmation, Blood (Forensic) - Peripheral Blood

-Analysis by High Performance Liquid Chromatography/TandemMass Spectrometry (LC-MS/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Amphetamine | 5.0 ng/mL | Phendimetrazine | 10 ng/mL |
| Ephedrine | 5.0 ng/mL | Phenmetrazine | 5.0 ng/mL |
| MDA | 5.0 ng/mL | Phentermine | 10 ng/mL |
| MDEA | 10 ng/mL | Phenylpropanolamine | 5.0 ng/mL |
| Methamphetamine | 5.0 ng/mL | Pseudoephedrine | 5.0 ng/mL |
| Norpseudoephedrine | 5.0 ng/mL | | |

Acode 8050U - Postmortem Toxicology - Urine Screen Add-on (6-MAM Quantification only)

-Analysis by Enzyme Immunoassay (EIA) for:

Case 2:17-cv-11281-AJT-APP ECF No. 30-12, PageID.678 Filed 10/30/18 Page 11 of 16

CONFIDENTIAL

NMS LABS

Workorder 15113467
Chain 11884727
Patient ID 15-4606

Page 4 of 4

## Analysis Summary and Reporting Limits:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Amphetamines | 500 ng/mL | Methadone | 300 ng/mL |
| Barbiturates | 0.30 mcg/mL | Opiates | 300 ng/mL |
| Benzodiazepines | 50 ng/mL | Oxycodone | 100 ng/mL |
| Cannabinoids | 20 ng/mL | Phencyclidine | 25 ng/mL |
| Cocaine / Metabolites | 150 ng/mL | Propoxyphene | 300 ng/mL |

Acode 8057B - Postmortem Toxicology - Expanded with Vitreous Alcohol Confirmation, Blood - University of MI (CSA) -

-Analysis by Enzyme-Linked Immunosorbent Assay (ELISA) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Barbiturates | 0.040 mcg/mL | Salicylates | 120 mcg/mL |
| Cannabinoids | 10 ng/mL | | |

-Analysis by Headspace Gas Chromatography (GC) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Acetone | 5.0 mg/dL | Isopropanol | 5.0 mg/dL |
| Ethanol | 10 mg/dL | Methanol | 5.0 mg/dL |

-Analysis by High Performance Liquid Chromatography/ Time ofFlight-Mass Spectrometry (LC/TOF-MS) for: The following is a general list of compound classes included in this screen. The detection of any specific analyte is concentration-dependent. Note, not all known analytes in each specified compound class are included. Some specific analytes outside these classes are also included. For a detailed list of all analytes and reporting limits, please contact NMS Labs. Amphetamines, Anticonvulsants, Antidepressants, Antihistamines, Antipsychotic Agents, Benzodiazepines, CNS Stimulants, Cocaine and Metabolites, Hallucinogens, Hypnosedatives, Hypoglycemics, Muscle Relaxants, Non-Steroidal Anti-Inflammatory Agents, Opiates and Opioids.



1800 East Warren Avenue
Detroit, Michigan 48207

# Case Registration Summary

Police File No.

15-4606

4/16/2015

| Name of Deceased | | Age | DOB | Race | Sex |
|---|---|---|---|---|---|
| David | Kapuscinski | 39 | 7/8/1975 | White | Male |

**Reported By:** Kim Gilstors- RN

**Reported From:** OAKWOOD HOSPITAL SOUTH SHORE

**Agency Address:**

**Telephone #:** (734) 671-3881

**Brief Circumstances:** Tased by police during apprehension. Transported to hospital as full code and pronounced.

**Decedent's Residence:** 14843 Fairgrove      SOUTHGATE      MI      48195
**Telephone #:**
**Marital Status:** Unknown
**Next of Kin:** 
**Address:**
**Event Address:**

**Transported From:** Hospital         **Via:**
**Status at Hospital:** ER              **Chart #:** 11186257
**Arrived at Hospital:** 4/16/2015    04:09
**Pronounced Dead:** 4/16/2015    04:38    **By** Dr. Aaberg

**Doctor / Hospital Comments:**
Per hospital staff the decedent was brought into the ER as a full code. He was worked as a full code for an unknown amount of time in the field, and then hospital staff continued code for approximately 30 minutes, then pronounced. The decedent's medical history is unknown as well as the PMD. The decedent does not have any obvious trauma. Per hospital staff he appears to use drugs due to the presence of possible track marks and pock marks. No labs or scans were done.

Per hospital staff the decedent was found forcing his girlfriend to perform oral sex and also sodomizing her. The decedent was said to have just woken up from a nightmare. PD was called to the location where this happened and decedent was tased. After being tased he began complaining of shortness of breath and went into cardiac arrest.

**HX:**

**Body Ordered to MEO:** Yes

**Police Information:**                                    **Notified:**
**Officer:** Det. Sgt Pat Roti- Lead (rotip@michigan.gov)  **Police Case #:**

**Police Comments:**   Per Det. Sgt. Tim Holme (313-590-7262) the decedent was sexually assaulting an individual, police were called. During apprehension the decedent was tased. Per police the decedent was tased once (which also struck the decedent's girlfriend) and then tased again. Taser contact is believed to be to the back and to the chest. The decedent was nude upon arrival to the hospital.

The decedent's hands were bagged at the hospital by police. Police are asking for fingernail scrappings and nail clippings.

Gilbraltar and Rockwood police were both on scene, unknown at time of reporting which used taser.

Incident happened at 14680 Gibraltar Road # 16, in Gibraltar. Case investigation is being handled by Michigan State Police. Det. Sgt. Pat Roti (810-965-5720, rotip@michigan.gov) is the lead on the case. JW spoke with Det. Sgt. Roti,

Page 1 of 2

Office of the Wayne County Medical Examiner
1300 East Warren Avenue
Detroit, Michigan 48207

## Case Registration Summary

M.E. Case No. 15-4606

Police File No.

4/16/2015

he was with the victim at that time, he stated that he would call back and provide more information.

Provisional Manner of Death:

Type of Place Where Injury Occurred:   Other Home

Address where Injury Occurred: 14680 Gibraltar Road #16, Gibraltar, MI

Date of Injury:   4/16/2015

Additional Case Comments:

Name of person attending autopsy:

Agency:

Jennifer Winner

Page 2   of 2



**WARREN EVANS**
*County Executive*

## IDENTIFICATION DATA SHEET

☐ UF ☐ UM # _____   WCME # 15-4604

DECEASED NAME: DAVID MICHAEL KAPUSCINSKI
LAST KNOWN ADDRESS: 14843 FAIRGROVE
City: SOUTHGATE   State: MI   ZIP: 48195
AGE: 39   SEX: ☒Male ☐Female   RACE: ____   MARITAL STATUS: SEPARATED   CHILDREN: ____
OCCUPATION: ____
BIRTHDATE: 7-8-75
SOCIAL SECURITY #: ██████████   BIRTHPLACE: SOUTHFIELD
NAME OF SPOUSE: ____   VETERAN: ☐YES ☒NO   BRANCH: ____
FATHER'S NAME: ██████████
MOTHER'S MAIDEN NAME: ██████████

### WITNESSES

SIGNATURE: ██████████
☐DRIVER'S LICENSE ☒STATE ID#: ██████████   TELEPHONE: ██████████
NAME: ██████████
ADDRESS: ██████████   AGE: ██   SEX: ☐ Male ☒Female
RELATIONSHIP: ██████████   CITY/STATE/ZIP: ██████████
LAST SEEN: ██████████   KNOWN FOR: 39 YRS

SIGNATURE: ____
☐ DRIVER'S LICENSE ☐ STATE ID#: ____   TELEPHONE: (____) ____
NAME: ____
ADDRESS: ____   AGE: ____   SEX: ☐ Male ☐Female
RELATIONSHIP: ____   CITY/STATE/ZIP: ____
LAST SEEN: ____   KNOWN FOR: ____ YRS
IDENTIFIED TO: _[signature]_   TIME: 9¹⁰ AM/PM
DATE OF IDENTIFICATION: 4-17-15   CLERICAL SIGNATURE: _[signature]_

**OFFICE OF THE MEDICAL EXAMINER**
1300 E. WARREN AVENUE • DETROIT, MICHIGAN 48207
ADMINISTRATION 313-833-2504 • FAX 313-833-2534
INVESTIGATION & 24 HOUR TELEPHONE NUMBER 313-833-2570 • FAX 313-833-2571

# SUPPLEMENTAL REPORT FOR A PENDING CERTIFICATE OF DEATH



**Michigan Department of Community Health**
Vital Records & Health Data Development Section
Registration Sub-Unit
P.O. Box 30691, Lansing, Michigan 48909

State File Number:

Local File Number:

PLEASE READ AND FOLLOW THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS FORM

PLEASE TYPE OR PRINT IN BLACK INK

| NAME OF DECEDENT (First, Middle, Last) | | | DATE OF DEATH (Month, Day, Year) |
|---|---|---|---|
| David | Michael | Kapuscinski | Apr 16, 2015 |

| LOCATION OF DEATH (County and City, Village or Township) | | HOSPITAL OR FACILITY |
|---|---|---|
| WAYNE | TRENTON | OAKWOOD HOSPITAL SOUTH SHORE |

| 28a. ACTUAL OR PRESUMED TIME OF DEATH | 28b. PRONOUNCED DEAD ON (Mo., Day, Yr.) | 28c. TIME PRONOUNCED DEAD | 29. MEDICAL EXAMINER CONTACTED? (Yes or No) |
|---|---|---|---|
| M | | M | |

| 30. PLACE OF DEATH (Home, Hospice, Nursing Home, Hospital, Ambulance) (Specify) | 31. IF HOSPITAL, Inpatient, Outpatient, Emergency Room, DOA (Specify) | 32. MEDICAL EXAMINER'S CASE NUMBER (if applicable) |
|---|---|---|
| | | 15-4606 |

36. PART I. Enter the chain of events-diseases, injuries, or complications- that directly cause the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. Enter only one cause on a line.

Approximate Interval Between Onset and Death

If diabetes was an immediate, underlying or contributing cause of death be sure to record diabetes in either Part I or PartIII of the cause of death section, as appropriate.

a. CARDIAC DYSRHYTHMIA — UNKNOWN
DUE TO (OR AS A CONSEQUENCE OF)

Sequentially list conditions, IF ANY, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST

b. ELECTRICAL STUN GUN WOUND TO THE CHEST — UNKNOWN
DUE TO (OR AS A CONSEQUENCE OF)

c.
DUE TO (OR AS A CONSEQUENCE OF)

IMMEDIATE CAUSE (Final disease or condition resulting in death)

d.

PART II. OTHER SIGNIFICANT CONDITIONS contributing to death but not resulting in the underlying cause given in Part I.
AMPHETAMINE USE

| 37. DID TOBACCO USE CONTRIBUTE TO DEATH? | 38. IF FEMALE: |
|---|---|
| ☐ Yes ☐ Probably ☐ No ☐ Unknown | ☐ Not pregnant within past year <br> ☐ Pregnant at time of death <br> ☐ Not pregnant, but pregnant within 42 days of death <br> ☐ Not pregnant, but pregnant 43 days to 1 year before death <br> ☐ Unknown if pregnant within the past year |

| 39. MANNER OF DEATH-Accident, Suicide, Homicide, Natural, Indeterminate or Pending (specify) | 40a. WAS AN AUTOPSY PERFORMED? (Yes or No) | 40b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? (Yes or No) |
|---|---|---|
| Homicide | | |

| 41a. DATE OF INJURY (Mo., Day, Yr.) | 41b. TIME OF INJURY | 41c. DESCRIBE HOW INJURY OCCURRED |
|---|---|---|
| 04/16/2015 | UNKNOWN M | ELECTRICAL STUN GUN WOUND TO THE CHEST |

| 41d. INJURY AT WORK (Yes or No) | 41e. PLACE OF INJURY-At home, farm, street, construction site, wooded area, etc. (Specify) | 41f. IF TRANSPORTATION INJURY - Driver/Operator, Passenger, Predestrian, etc. (Specify) | 41g. LOCATION - Street or RDF No. City, Village or Twp. State |
|---|---|---|---|
| No | Dwelling | | 14680 GIBRALTER ROAD #16 GIBRALTER, MI. |

OTHER CORRECTIONS: (enumerate item numbers for which corrections are being requested)

Items in error on the original certificate of death have been correctly entered in the appropriate spaces above.

I requested that an amended certificate of death be filled in accordance with the fact set forth in this application.

Signature _[signature]_

Date Jun 02, 2015

Medical Examiner
Jeffrey Hudson, M.D. Assistant Medical Examiner
1300 E. Warren Ave. Detroit, MI 48207

DCH-0620 (10/03) By Authority of Public Act 368 of 1978, as amended

# DEPARTMENT OF COMMUNITY HEALTH
## CERTIFICATE OF DEATH

**STATE FILE NUMBER:** 3855243

**BLACK INK**

**NAME OF DECEDENT** (For use by physician or institution): KAPUSCINSKI, DAVID

### DECEDENT

1. **DECEDENT'S NAME** (First, Middle, Last):
2. **DATE OF BIRTH** (Month, Day, Year):
3. **SEX:** Male
4. **DATE OF DEATH** (Month, Day, Year): Apr 16, 2015
5. **NAME AT BIRTH OR OTHER NAME USED FOR PERSONAL BUSINESS** (include AKA's if any):
6a. **AGE - Last Birthday** (Years):
6b. **UNDER 1 YEAR** — MONTHS / DAYS:
6c. **UNDER 1 DAY** — HOURS / MINUTES:
7a. **LOCATION OF DEATH** (Enter place officially pronounced dead in 7a, 7b, 7c) HOSPITAL OR OTHER INSTITUTION - Name (if not in either, give street and number and zip code): OAKWOOD HOSPITAL SOUTH SHORE
7b. **CITY, VILLAGE, OR TOWNSHIP OF DEATH:** TRENTON
7c. **COUNTY OF DEATH:** WAYNE
8a. **CURRENT RESIDENCE - STATE:**
8b. **COUNTY:**
8c. **LOCALITY** (check the box that describes the location): ☐ CITY OR VILLAGE (inside limits of) ☐ TOWNSHIP ☐ UNINCORPORATED PLACE
8d. **STREET AND NUMBER** (Include Apt. No. if applicable):
8e. **ZIP CODE:**
9. **BIRTHPLACE** (City and State or Country):
10. **SOCIAL SECURITY NUMBER:**
11. **DECEDENT'S EDUCATION** - What is the highest degree or level of school completed at the time of death?
12. **RACE** - American Indian, White, Black, etc. (if Asian, give nationality, ie. Chinese, Filipino, Asian Indian, etc.) (Enter all that apply):
13a. **ANCESTRY** - Mexican, Cuban, Arab, African, English, French, Dutch, etc. (Enter all that apply) If American Indian race, enter principal tribe:
13b. **HISPANIC ORIGIN** (Yes or No):
14. **WAS DECEDENT EVER IN THE U.S. ARMED FORCES** (yes or no):
15. **USUAL OCCUPATION** Give kind of work done during most of working life. Do not use retired.
16. **KIND OF BUSINESS OR INDUSTRY:**
17. **MARITAL STATUS** - Married, Never Married, Widowed, Divorced (Specify):
18. **NAME OF SURVIVING SPOUSE** (if wife, give name before first married):

### PARENTS

19. **FATHER'S NAME** (First, Middle, Last):
20. **MOTHER'S NAME BEFORE FIRST MARRIED** (First, Middle, Last):

### INFORMANT

21a. **INFORMANT'S NAME** (Type/Print):
21b. **RELATIONSHIP TO DECEDENT:**
21c. **MAILING ADDRESS** (Street and Number or Rural Route Number, City or Village, State, Zip Code):

### DISPOSITION

22. **METHOD OF DISPOSITION** Burial, Cremation, Entombment, Donation, Removal, Storage (Specify):
23a. **PLACE OF DISPOSITION** (Name of Cemetery, Crematory, or other location):
23b. **LOCATION** - City or Village, State:
24. **SIGNATURE OF MORTUARY SCIENCE LICENSEE:**
25. **LICENSE NUMBER** (of Licensee):
26. **NAME AND ADDRESS OF FUNERAL FACILITY:**

### CERTIFICATION

27a. **CERTIFIER** (Check only one):
☐ Certifying Physician - To the best of my knowledge, death occurred due to the cause(s) and manner stated.
☒ Medical Examiner - On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner stated.
Signature and Title: [signature] M.D.

27b. **DATE SIGNED** (Mo., Day, Yr.): Apr 17, 2015
27c. **LICENSE NUMBER:** 100422

28a. **ACTUAL OR PRESUMED TIME OF DEATH:** 4:38 AM M
28b. **PRONOUNCED DEAD ON** (Mo. Day Yr.): Apr 16, 2015
28c. **TIME PRONOUNCED DEAD:** 4:38 AM M

29. **MEDICAL EXAMINER CONTACTED?** (Yes or No): Yes
30. **PLACE OF DEATH** (Home, Hospice, Nursing Home, Hospital, Ambulance) (Specify): Hospital
31. **IF HOSPITAL,** Inpatient, Outpatient, Emergency Room, DOA (Specify): ER

32. **MEDICAL EXAMINER'S CASE NUMBER** (if applicable): 15-4606
33. **NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER** (Type or Print):

34. **NAME AND ADDRESS OF CERTIFYING PHYSICIAN** (Type or Print): Jeffrey Hudson, M.D. Assistant Medical Examiner    1300 E. Warren Ave, Detroit, MI 48207

35a. **REGISTRAR'S SIGNATURE:**
35b. **DATE FILED** (Month, Day, Year):

### CAUSE OF DEATH

36. **PART I.** Enter the chain of events - diseases, injuries, or complications - that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. Enter only one cause on a line.

Approximate Interval Between Onset and Death

a. PENDING
   DUE TO (OR AS A CONSEQUENCE OF)
b.
   DUE TO (OR AS A CONSEQUENCE OF)
c.
   DUE TO (OR AS A CONSEQUENCE OF)
d.

**PART II.** OTHER SIGNIFICANT CONDITIONS contributing to death but not resulting in the underlying cause given in Part I.

37. **DID TOBACCO USE CONTRIBUTE TO DEATH?** ☐ Yes ☐ Probably ☐ No ☐ Unknown

38. **IF FEMALE:**
☐ Not pregnant within past year
☐ Pregnant at time of death
☐ Not pregnant, but pregnant within 42 days of death
☐ Not pregnant, but pregnant 43 days to 1 year before death
☐ Unknown if pregnant within the past year

### MEDICAL EXAMINER

39. **MANNER OF DEATH** - Accident, Suicide, Homicide, Natural, Indeterminate or Pending (Specify):
40a. **WAS AN AUTOPSY PERFORMED?** (Yes or No): Yes
40b. **WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH?** (Yes or No): Yes

41a. **DATE OF INJURY** (Mo., Day, Yr.):
41b. **TIME OF INJURY:** M
41c. **DESCRIBE HOW INJURY OCCURRED:**
41d. **INJURY AT WORK** (Yes or No):
41e. **PLACE OF INJURY** - At home, farm, street, construction site, wooded area, etc. (Specify):
41f. **IF TRANSPORTATION INJURY** - Driver/Operator, Passenger, Pedestrian, etc. (Specify):
41g. **LOCATION** - Street or RFD No., City, Village or Twp., State:

DCH-0483 (Rev 9/15/09)