UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD KAPUSCINSKI, Personal
Representative of the Estate of
DAVID KAPUSCINSKI, Deceased

    Plaintiff,

vs.

Case No. 2:17-cv-11281-AJT-APP
Judge: Arthur J. Tarnow
Magistrate: Anthony P. Patti

OFFICER NICHOLAS B. MITCHELL,
OFFICER GARY ROBINSON, CITY OF
ROCKWOOD, and CITY OF GIBRALTER,
Jointly and Severally,

    Defendants.

## INDEX OF EXHIBITS

EXHIBIT A – Mitchell's Deposition Excerpts (attached to original Motion)

EXHIBIT B – Audio Recording (attached to original Motion)

EXHIBIT C – Robinson's Deposition Excerpts (attached to original motion)

EXHIBIT D – AED Information (attached to original motion)

EXHIBIT E – *Correa v. Simone*, 528 Fed. Appx. 531 (6th Cir. 2013
    (attached to original motion)

EXHIBIT F – *Ricks v. Pauch*, No. 17-CV-12784, 2018 WL 2426125
    (attached to original motion)

**EXHIBIT G – Robinson's Deposition Excerpts (additional excerpts attached
    to reply)**

**EXHIBIT H – Mitchell's Deposition Excerpts (additional excerpts attached to reply)**

**EXHIBIT I – Taser Log**

Open.00560.71396.21226858-1